Douglas E. Dexter (State Bar No. 115868)
email: ddexter@fbm.com
Diego Acevedo (State Bar No. 244693)
email: dacevedo@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
SAMANTHA QUINTERO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA QUINTERO on behalf of herself and on behalf of a Class Comprised of the Other Similarly Situated Former Employees of Defendants,<br><br>Plaintiff,<br><br>vs.<br><br>MULBERRY NECKWEAR, LLC and MULBERRY THAI SILKS, INC.,<br><br>Defendants. | Case No. Case No. 08-02294 MHP<br><br>**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**<br><br><br>Complaint Filed: May 2, 2008 |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

PLAINTIFF'S CERTIFICATE OF
INTERESTED PARTIES
Case No. 08-02294 MHP

23242\1583560.1

| | |
|---|---|
| Dated:  May 15, 2008 | FARELLA BRAUN & MARTEL LLP |

By: ___/s/ Diego F. Acevedo___
     Diego F. Acevedo

Attorneys for Plaintiff
SAMANTHA QUINTERO

LANKENAU & MILLER, LLP
Stuart J. Miller (SJM 4276)
132 Nassau Street, Suite 423
New York, NY  10038
Telephone:  (212) 581-5005
Facsimile:  (212) 581-2122

THE GARDNER FIRM, P.C.
Mary E. Olsen (OLSEM4818)
M. Vance McCrary (MCCRM4402)
J. Cecil Gardner (GARDJ3461)
1119 Government Street
P.O. Drawer 3103
Mobile, AL  36652
Telephone:  (251) 433-8100
Facsimile:  (251) 433-8181

Cooperating Attorneys for the NLG Maurice and Jane Sugar Law Center for Economic and Social Justice

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA  94104
Telephone:  (415) 954-4400

PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES
Case No. 08-02294 MHP

- 2 -

23242\1583560.1