Douglas E. Dexter (State Bar No. 115868)
email: ddexter@fbm.com
Diego Acevedo (State Bar No. 244693)
email: dacevedo@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
SAMANTHA QUINTERO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA QUINTERO on behalf of herself and on behalf of a Class Comprised of the Other Similarly Situated Former Employees of Defendants,<br><br>Plaintiff,<br><br>vs.<br><br>MULBERRY NECKWEAR, LLC and MULBERRY THAI SILKS, INC.,<br><br>Defendants. | Case No. Case No. 08-02294 MHP<br><br>**PROOF OF SERVICE** |

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

PROOF OF SERVICE
Case No. 08-02294 MHP

23242\1583560.1

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

DIEGO ACEVEDO (SBN 244693)
FARELLA BRAUN + MARTEL
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400

ATTORNEY(S) FOR: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA QUINTERO etc.<br><br>Plaintiff,<br>V.<br>MULBERRY NECKWEAR, LLC, ET AL<br>Defendant. | CASE NUMBER<br>CV-08-2294 MHP<br><br>**DECLARATION OF SERVICE** |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS; COMPLAINT FOR DAMAGES FOR VIOLATIONS OF THE WORKER ADJUSTMENT AND RETRAINING NOTIFICATION ACT (CLASS ACTION); ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER; ECF REGISTRATION INFORMATION HANDOUT

in the within action by personally delivering true copies thereof to the person served as follows:

Served           : MULBERRY NECKWEAR, LLC

By serving       : Joanne Chevillon, Authorized Agent

Address          : Incorp Services, Inc.
                   1817 Morena Blvd., Suite A
                   San Diego, CA 92110

Date of Service  : May 8, 2008

Time of Service  : 3:20 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: May 9, 2008

SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500
Registered San Diego
Number 959

235803

Signature: _____
            FRED JOSEFOSKY