1  HARVEY SISKIND LLP
   LAWRENCE J. SISKIND (SBN 85628)
2  MATTHEW A. STRATTON (SBN 254080)
   Four Embarcadero Center, 39th Floor
3  San Francisco, California 94111
4  Telephone: (415) 354-0100
   Facsimile: (415) 391-7124
5  siskind@harveysiskind.com
   mstratton@harveysiskind.com
6
7  Attorneys for Defendant, appearing specially,
   MULBERRY THAI SILKS, INC.
8

9              IN THE UNITED STATES DISTRICT COURT
10
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

13 | SAMANTHA QUINTERO on behalf of herself     Case No. CV 08-2294 MHP
14 | and on behalf of a Class Comprised of the Other
   | Similarly Situated Former Employees of
15 | Defendants,                                 PARTIES' STIPULATION TO EXTEND
   |                                             DEFENDANTS' TIME TO RESPOND TO
16 |                  Plaintiff,                 THE COMPLAINT
17 | v.
18 | MULBERRY NECKWEAR, LLC and
   | MULBERRY THAI SILKS, INC.,
19 |
20 |                  Defendants.

21
22     Pursuant to Local Rule 6-1(a), the Parties hereby stipulate to enlarge by thirty (30) days
23 Defendants' time to respond to the complaint, up to and including June 27, 2008.
24
25
26
27
28
                                            -1-
PARTIES' STIPULATION TO EXTEND DEFENDANTS'                        CASE NO. CV 08-2294 MHP
TIME TO RESPOND TO THE COMPLAINT

| | |
|---|---|
| Dated: May 29, 2008 | Respectfully submitted,<br><br>HARVEY SISKIND LLP<br><br>By: _/s/ Matthew A. Stratton_<br>    Matthew A. Stratton<br><br>Attorneys for Defendant, appearing specially,<br>MULBERRY THAI SILKS, INC.<br><br><br>FARELLA BRAUN & MARTEL LLP<br><br>By: _/s/ Diego Acevedo_<br>    Diego Acevedo<br><br>Attorneys for Plaintiff,<br>SAMANTHA QUINTERO, on behalf of herself and on behalf of a Class Comprised of the Other Similarly Situated Former Employees of Defendants |

## PROOF OF SERVICE

The undersigned declares: I am a resident of the United States and am employed in the City and County of San Francisco, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 4 Embarcadero Center, 39th Floor, San Francisco, CA 94111.

On the date stated below, I served the following documents:

- **PARTIES' STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

Stuart J. Miller, Esq.
Lankenau & Miller, LLP
132 Nassau Street, Suite 423
New York, NY 10038

Mary E. Olsen, Esq.
M. Vance McCrary, Esq.
J. Cecil Gardner, Esq.
The Gardner Firm, P.C.
1119 Government Street
P.O. Drawer 3103
Mobile, AL 36652

__X__    **MAIL:** I caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addressee(s) designated. I am readily familiar with the business practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business.

_____    **FEDERAL EXPRESS – OVERNIGHT DELIVERY:** I caused such envelope to be deposited with the Federal Express Office prior to the cut-off time for next day delivery with a shipping label properly filled out with delivery to be made to the addressee designated.

_____    **HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the addressee(s) designated.

_____    **VIA FAX:** The facsimile machine I used complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

__X__    **(FEDERAL):** I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

**(STATE):** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 29, 2008 at San Francisco, California.

*/s/ Cynthia Lee*
Cynthia Lee