1  Douglas E. Dexter (State Bar No. 115868)
   email: ddexter@fbm.com
2  Diego Acevedo (State Bar No. 244693)
   email: dacevedo@fbm.com
3  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA  94104
   Telephone:  (415) 954-4400
5  Facsimile:  (415) 954-4480

6  Attorneys for Plaintiff
   SAMANTHA QUINTERO
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | SAMANTHA QUINTERO on behalf of herself and on behalf of a Class Comprised of the Other Similarly Situated Former Employees of Defendants, | Case No. 08-02294 MHP
12 | | **ADR CERTIFICATION PURSUANT TO CIVIL L.R. 16-8 AND ADR L.R. 3-5(B)**
13 | |
14 | Plaintiff, |
15 | vs. |
16 | MULBERRY THAI SILKS, INC., d/b/a MULBERRY NECKWEAR, LLC, |
17 | Defendant. |

20     Plaintiff Samantha Quintero is unable file a joint ADR Certification or Stipulation to ADR

21 Process pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b) at this time, as the Defendant has

22 failed to respond to Plaintiff's First Amended Complaint, and Defendant's present counsel, if any,

23 is currently unknown.  Plaintiff intends to seek an entry of default judgment against the

24 Defendant.

ADR CERTIFICATION
Case No. 08-02294 MHP                                                        23242\1640887.1

| | | |
|---|---|---|
| 1 | Dated: July 21, 2008 | FARELLA BRAUN & MARTEL LLP |
| 2 | | |
| 3 | | By:  /s/ Diego F. Acevedo<br>Diego F. Acevedo |
| 4 | | Attorneys for Plaintiff<br>SAMANTHA QUINTERO |
| 5 | | |
| 6 | | LANKENAU & MILLER, LLP<br>Stuart J. Miller (SJM 4276) |
| 7 | | 132 Nassau Street, Suite 423<br>New York, NY  10038<br>Telephone:  (212) 581-5005 |
| 8 | | Facsimile:  (212) 581-2122 |
| 9 | | THE GARDNER FIRM, P.C.<br>Mary E. Olsen (OLSEM4818) |
| 10 | | M. Vance McCrary (MCCRM4402)<br>J. Cecil Gardner (GARDJ3461) |
| 11 | | 1119 Government Street<br>P.O. Drawer 3103 |
| 12 | | Mobile, AL  36652<br>Telephone:  (251) 433-8100 |
| 13 | | Facsimile:  (251) 433-8181 |
| 14 | | Cooperating Attorneys for the NLG Maurice and Jane Sugar Law Center for Economic and Social Justice |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

ADR CERTIFICATION
Case No. 08-02294 MHP

- 2 -

23242\1640887.1