Douglas E. Dexter (State Bar No. 115868)
email: ddexter@fbm.com
Diego Acevedo (State Bar No. 244693)
email: dacevedo@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
SAMANTHA QUINTERO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA QUINTERO on behalf of herself and on behalf of a Class Comprised of the Other Similarly Situated Former Employees of Defendants,<br><br>Plaintiff,<br><br>vs.<br><br>MULBERRY THAI SILKS, INC., d/b/a MULBERRY NECKWEAR, LLC,<br><br>Defendant. | Case No. 08-02294 MHP<br><br>**PLAINTIFF SAMANTHA QUINTERO'S REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST MULBERRY THAI SILKS, INC.** |

## REQUEST FOR ENTRY OF DEFAULT

Plaintiff Samantha Quintero respectfully requests that the Clerk of Court enter default against Defendant Mulberry Thai Silks, Inc. d/b/a Mulberry Neckwear ("Mulberry") for failing to file a responsive pleading to Plaintiff's First Amended Complaint.

Plaintiff Samantha Quintero served the Summons and original Complaint on Mulberry's authorized agent for service of process on May 8, 2008. (*See* Declaration of Diego F. Acevedo in Support of Entry of Default ("Acevedo Decl."), Ex. A.) On May 29, 2008, Mulberry, acting through specially appearing counsel, Harvey Siskind L.L.P. filed a Stipulation to Extend Defendants' Time To Respond To The Complaint. (*See* D.E. # 7.)

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

REQUEST FOR ENTRY OF DEFAULT
Case No. 08-02294 MHP

23242\1643616.2

1    On June 16, 2008, before Defendants' time to respond expired, Plaintiff Samantha Quintero electronically filed a First Amended Complaint. (*See* D.E. # 8.) In accordance with Section IX of General Order No. 45, Mulberry was automatically served with the First Amended Complaint electronically through its attorney of record, Harvey Siskind, L.L.P.

On or about June 23, 2008, counsel for Plaintiff received a telephone call from Jonathan M. Reymann, of Greenan, Peffer, Sallander & Lally L.L.P. Mr. Reymann stated that his firm would be representing Mulberry in this action and requested that Plaintiff's counsel forward an electronic copy of the First Amended Complaint. (*See* Acevedo Decl. ¶ 3.) On June 23, 2008, after receiving a copy of the First Amended Complaint, Edward Romero, of Greenan, Peffer, Sallander & Lally L.L.P. secured the Plaintiff's agreement to extend Mulberry's time to respond to the First Amended Complaint until July 14, 2008. (*See* Acevedo Decl. ¶ 4.) Mr. Romero stated that he would forward for signature a stipulation to extend Mulberry's time to respond, as required by the Northern District of California Local Rules. (*See* Acevedo Decl., Ex. B.) However, no stipulation was forthcoming and Defendant Mulberry failed to file a responsive pleading to Plaintiff's First Amended Complaint on July 14, 2008.

Plaintiff therefore respectfully requests that the Clerk of the Court enter a default against Defendant Mulberry Thai Silks, Inc.

Dated: July 25, 2008                    FARELLA BRAUN & MARTEL LLP

By:    /s/
    Diego F. Acevedo
Attorneys for Plaintiff
SAMANTHA QUINTERO

LANKENAU & MILLER, LLP
Stuart J. Miller (SJM 4276)
132 Nassau Street, Suite 423
New York, NY 10038
Telephone: (212) 581-5005
Facsimile: (212) 581-2122

THE GARDNER FIRM, P.C.
Mary E. Olsen (OLSEM4818)
M. Vance McCrary (MCCRM4402)
J. Cecil Gardner (GARDJ3461)
1119 Government Street

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

REQUEST FOR ENTRY OF DEFAULT
Case No. 08-02294 MHP

- 2 -

23242\1643616.2

P.O. Drawer 3103
Mobile, AL  36652
Telephone:  (251) 433-8100
Facsimile:  (251) 433-8181

Cooperating Attorneys for the NLG Maurice and Jane Sugar Law Center for Economic and Social Justice

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

REQUEST FOR ENTRY OF DEFAULT
Case No. 08-02294 MHP

- 3 -

23242\1643616.2