| | |
|---|---|
| 1 | Douglas E. Dexter (State Bar No. 115868) |
| | email: ddexter@fbm.com |
| 2 | Diego Acevedo (State Bar No. 244693) |
| | email: dacevedo@fbm.com |
| 3 | Farella Braun & Martel LLP |
| | 235 Montgomery Street, 17th Floor |
| 4 | San Francisco, CA 94104 |
| | Telephone: (415) 954-4400 |
| 5 | Facsimile: (415) 954-4480 |
| 6 | Attorneys for Plaintiff |
| | SAMANTHA QUINTERO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA QUINTERO on behalf of herself and on behalf of a Class Comprised of the Other Similarly Situated Former Employees of Defendants,<br><br>Plaintiff,<br><br>vs.<br><br>MULBERRY THAI SILKS, INC., d/b/a MULBERRY NECKWEAR, LLC,<br><br>Defendant. | Case No. 08-02294 MHP<br><br>**DECLARATION OF DIEGO F. ACEVEDO IN SUPPORT OF PLAINTIFF SAMANTHA QUINTERO'S REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST MULBERRY THAI SILKS, INC.** |

I, Diego F. Acevedo, hereby declare as follows:

    1.    I am an attorney licensed to practice law in the State of California, and an associate with the law firm of Farella Braun + Martel LLP, counsel for Plaintiff Samantha Quintero in this action. I have first hand knowledge of the following facts; if called as a witness, I could and would testify thereto.

    2.    Plaintiff Samantha Quintero served the Summons and Complaint on Mulberry's authorized agent for service of process on May 8, 2008. Attached hereto as Exhibit A is a true and correct copy of the proof of service of the Summons and Complaint on the named defendant.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DECLARATION OF DIEGO F. ACEVEDO ISO
REQUEST FOR ENTRY OF DEFAULT
Case No. 08-02294 MHP

23242\1642339.1

3.      On or about June 23, 2008, counsel for Plaintiff received a telephone call from Jonathan M. Reymann, of Greenan, Peffer, Sallander & Lally L.L.P. Mr. Reymann indicated that his firm would be representing Mulberry in this action and requested that Plaintiff's counsel forward an electronic copy of the First Amended Complaint.

4.      On June 23, 2008, after receiving a copy of the First Amended Complaint, Edward Romero, of Greenan, Peffer, Sallander & Lally L.L.P. asked Plaintiff's lead counsel Stuart Miller, of Lankenau and Miller, if Plaintiff would extend Defendant's time to respond to the First Amended Complaint. Plaintiff agreed and Mr. Romero sent a confirming email message stating the he represented Mulberry Thai Silks and that he would prepare a stipulation to extend the time to respond, as required by this Court's local rules. A true and correct copy of Mr. Romero's email of June 23, 2008 is attached hereto as Exhibit B.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 25, 2008, at San Francisco, California.

                                                                           /s/
                                                                      Diego F. Acevedo

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DECLARATION OF DIEGO F. ACEVEDO
Case No. 08-02294 MHP
- 2 -
23242\1642339.1

EXHIBIT A

TO

DECLARATION OF DIEGO F. ACEVEDO IN SUPPORT OF PLAINTIFF SAMANTHA QUINTERO'S REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST MULBERRY THAI SILKS, INC.

1  Douglas E. Dexter (State Bar No. 115868)
   email: ddexter@fbm.com
2  Diego Acevedo (State Bar No. 244693)
   email: dacevedo@fbm.com
3  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA 94104
   Telephone: (415) 954-4400
5  Facsimile: (415) 954-4480

6  Attorneys for Plaintiff
   SAMANTHA QUINTERO

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 | SAMANTHA QUINTERO on behalf of             | Case No. Case No. 08-02294 MHP
   | herself and on behalf of a Class Comprised |
12 | of the Other Similarly Situated Former     | **PROOF OF SERVICE**
   | Employees of Defendants,                   |
13 |                                            |
   |            Plaintiff,                      |
14 |                                            |
   |       vs.                                  |
15 |                                            |
   | MULBERRY NECKWEAR, LLC and                 |
16 | MULBERRY THAI SILKS, INC.,                 |
   |                                            |
17 |            Defendants.                     |

18

19

20

21

22

23

24

25

26

27

28

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

PROOF OF SERVICE
Case No. 08-02294 MHP

23242\1583560.1

MAY-09-2008 13:22 FR                              4152789670 TO 16192960140      P.03/03
Case 3:08-cv-02294-MHP   Document 6   Filed 05/15/2008   Page 2 of 2

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

DIEGO ACEVDEO
FARELLA BRAUN + MARTEL
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400

ATTORNEY(S) FOR: Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA QUINTERO etc.<br><br>         Plaintiff,<br><br>V.<br><br>MULBERRY NECKWARE, LLC, ET AL<br><br>         Defendant. | CASE NUMBER<br>CV-08-2294 MHP<br><br>DECLARATION OF SERVICE |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS; COMPLAINT FOR DAMAGES FOR VIOLATIONS OF THE WORKER ADJUSTMENT AND RETRAINING NOTIFICATION ACT (CLASS ACTION); ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER; ECF REGISTRATION INFORMATION HANDOUT

in the within action by personally delivering true copies thereof to the person served as follows:

    Served          : MULBERRY THAI SILKS, INC.

    By serving      : Joanne Chevillon, Authorized Agent

    Address         : Incorp Services, INc.
                      1817 Morena Blvd., Suite A
                      San Diego, CA 92110

    Date of Service : May 8, 2008

    Time of Service : 3:20 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: May 9, 2008

SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103                           Signature: /s/ Fred Josefosky
Telephone: (415) 357-0500                                          FRED JOSEFOSKY
Registered San Diego
Number 959

235809

                                                              ** TOTAL PAGE.03 **

# EXHIBIT B

# TO

# DECLARATION OF DIEGO F. ACEVEDO IN SUPPORT OF PLAINTIFF SAMANTHA QUINTERO'S REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST MULBERRY THAI SILKS, INC.

### Acevedo, Diego (21) x4401

**From:** Edward Romero [ERomero@gpsllp.com]
**Sent:** Monday, June 23, 2008 3:39 PM
**To:** sjm@lankmill.com; Acevedo, Diego (21) x4401
**Cc:** Jonathan Reymann
**Subject:** Samantha Quintero v. Mulberry Neckwear, LLC

Stuart,

It was a pleasure speaking with you. This follows and confirms our telephone conversation of today. This firm is counsel to Mulberry in the above-referenced action. We received today by electronic mail a copy of plaintiff's amended complaint. Plaintiff has granted Mulberry up to and including Monday, July 14, 2008 to respond to the amended complaint in this action. The local rules for the Northern District of California require that we submit a written stipulation confirming the extension of time to respond to the complaint. We will prepare a stipulation and forward it to your local counsel, Diego Acevedo.

Should you need to speak with me, my direct dial is (925) 498-2404.

Regards,

Ed Romero

7/25/2008