Douglas E. Dexter (State Bar No. 115868)
email: ddexter@fbm.com
Diego Acevedo (State Bar No. 244693)
email: dacevedo@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
SAMANTHA QUINTERO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA QUINTERO on behalf of herself and on behalf of a Class Comprised of the Other Similarly Situated Former Employees of Defendants,<br><br>Plaintiff,<br><br>vs.<br><br>MULBERRY THAI SILKS, INC., d/b/a MULBERRY NECKWEAR, LLC,<br><br>Defendant. | Case No. 08-02294 MHP<br><br>**PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>DATE:   August 11, 2008<br>TIME:   4:00 p.m.<br>DEPT.:  Courtroom 15<br>JUDGE:  Hon. Marilyn H. Patel |

Plaintiff Samantha Quintero hereby submits this Case Management Conference Statement in accordance with Civil Local Rule 16-9. Defendant Mulberry Thai Silks, Inc. was served with the Summons, Complaint and ADR Scheduling Order on May 8, 2008. On May 29, 2008 Defendant appeared and filed a Stipulation to Extend Defendant's Time to Respond to Complaint. On June 16, 2008 Plaintiff filed a First Amended Complaint. Defendant has failed to respond to Plaintiff's First Amended Complaint.

Because Defendant has failed to respond to the First Amended Complaint, Plaintiff files this Separate Case Management Statement under Civil L.R. 16-9(a). Concurrent with this Case Management Statement, Plaintiff is filing applications for pro hac vice for admission of co-

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT (Case No. 08-02294 MHP)

23242\1650607.1
8/1/08

counsel Mary Olsen, Vance McCrary and Stuart Miller. Plaintiff respectfully requests that the Court continue the current Case Management Conference to a later date in order to allow for determinations on the current *pro hac vice* applications and request for entry of default to be entered.

1. *The basis for this Court's subject-matter jurisdiction and whether any issue exists regarding personal jurisdiction or service:*

This Court has subject matter jurisdiction of this action pursuant to 28 U.S.C. § 1331 because a federal question of law exists under 29 U.S.C. § 1132(a)(3). All parties are subject to the Court's jurisdiction. Defendant was served with the Summons, Complaint and Order Setting Case Management Conference on May 8, 2008.

2. *Facts*

On April 18, 2008, Defendant carried out a mass layoff as defined by the Worker Adjustment and Retraining Notification Act, 29 U.S.C. § 2101 et seq. and its California counterpart, Cal. Labor Code § 1400 et seq. The layoff resulted in the termination of approximately 60 employees who worked at or reported to the Defendant's facility. At all relevant times Defendant employed 100 or more employees exclusive of part-time employees. The terminations on April 18, 2008 resulted in the loss of employment for at least 33% of the Defendant's employees. Plaintiff was discharged without cause and prior to her termination, Plaintiff and the other Class members did not receive written notice of at least sixty days in advance of the termination of their employment.

On May 2, 2008 Plaintiff filed a complaint for damages. On May 8, 2008 Defendant was served with the Summons, Complaint and Order Setting Case Management Conference. Plaintiff filed a First Amended Complaint on June 16, 2008. Defendant has not filed a responsive pleading. Plaintiff filed a Request for Entry of Default on July 25, 2008.

3. *Legal Issues:*

There are no legal issues genuinely in dispute.

///

///

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone (415) 954-4400

23242\1650607.1
8/1/08

PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT (Case No. 08-02294 MHP)

4. *Motions:*

Plaintiff filed a Request for Entry of Default on June 25, 2008. A determination on this Request is pending. If the Court grants Plaintiff's pending request Plaintiff will file for Default Judgment.

5. *Amendment of Pleadings:*

No additional amendments are expected.

6. *Evidence Preservation:*

Plaintiff has preserved all relevant information in her possession.

7. *Disclosures:*

Defendant has not responded to Plaintiff's First Amended Complaint. As a result, the parties have not yet completed their initial disclosure requirements and, therefore, are unable to include their joint discovery/disclosure report at this time.

8. *Discovery:*

To date no discovery has been conducted in this case.

9. *Class Action:*

Plaintiff will file a motion for class certification on or before September 2, 2008.

10. *Related Cases:*

None.

11. *Relief:*

Plaintiff seeks appointment as Class Representative; appointment of the undersigned as Class Counsel; an amount equal to wages, salary bonuses, and accrued pay for vacation and personal days for the work days in 60 calendar days prior to their respective terminations; pension, 401(k) contributions, health and medical insurance, and other fringe benefits for 60 calendar days prior to their respective terminations; and medical expenses incurred during the 60 calendar day period following their respective terminations that would have been covered and paid under Defendant's health insurance plan had coverage under that plan continued for such period; reasonable attorney's fees and costs as allowed under the WARN act; and interest a the legal rate.

- 3 -

PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT (Case No. 08-02294 MHP)

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone (415) 954-4400

23242\1650607.1
8/1/08

12. *Settlement and ADR:*

Because Defendant has failed to respond to Plaintiff's First Amended Complaint there have been no ADR efforts and there is no specific ADR plan for the case.

13. *Consent to Magistrate Judge For All Purposes:*

Plaintiff consents to the Magistrate Judge in this matter for all purposes.

14. *Other References:*

This case is not suitable for referral to a special master, or to the Judicial Panel on Multidistrict Litigation.

15. *Narrowing of Issues:*

Plaintiff cannot at this time ascertain which issues could be narrowed by agreement or motion.

16. *Expedited Schedules:*

If default is entered, Plaintiff believes this matter can be handled on an expedited schedule to determine class certification and damages. If default is not entered, this case is not suitable for handling on an expedited basis.

17. *Scheduling:*

Because Defendant has failed to respond to Plaintiff's First Amended Complaint, Plaintiff is at this time unable to propose a schedule for the designation of experts, discovery cutoff, hearing of dispositive motions, pretrial conference or trial.

18. *Trial:*

Plaintiff has demanded a trial by jury. Plaintiff anticipates that the case can be tried in three to five days.

19. *Disclosure of Non-party Interested Entities or Persons:*

Pursuant to Civil L.R. 3-16 Plaintiff certifies that as of this date, other than the named parties there is no such interest to report.

20. Plaintiff respectfully requests that the Court continue the currently scheduled Case Management Conference until such time as the Court has issued a determination on the pending *pro hac vice* applications of Mary Olsen, Vance McCrary and Stuart Miller and until such time as

the Clerk of the Court has rendered a determination on Plaintiff's currently pending Request for Entry of Default.

Dated: August 4, 2008

FARELLA BRAUN & MARTEL LLP

By:    /s/ Diego F. Acevedo
       Diego F. Acevedo

Attorneys for Plaintiff
SAMANTHA QUINTERO

LANKENAU & MILLER, LLP
Stuart J. Miller (SJM 4276)
132 Nassau Street, Suite 423
New York, NY 10038
Telephone: (212) 581-5005
Facsimile: (212) 581-2122

THE GARDNER FIRM, P.C.
Mary E. Olsen (OLSEM4818)
M. Vance McCrary (MCCRM4402)
J. Cecil Gardner (GARDJ3461)
1119 Government Street
P.O. Drawer 3103
Mobile, AL 36652
Telephone: (251) 433-8100
Facsimile: (251) 433-8181

Cooperating Attorneys for the NLG Maurice and Jane Sugar Law Center for Economic and Social Justice

## CASE MANAGEMENT ORDER

The forgoing statement as amended hereafter is adopted by this court as the Case Management Order in this action in accordance with Civ. L.R. 16 and other applicable Local Rules, and shall govern all further proceedings in this action.

In addition, the Court orders:

IT IS SO ORDERED.

Date: _____

_____
Marilyn Hall Patel
United States District Judge

- 5 -

PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT (Case No. 08-02294 MHP)

23242\1650607.1
8/1/08

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone (415) 954-4400