ORIGINAL

Mary E. Olsen
M. Vance McCrary
THE GARDNER FIRM, P.C.
1119 Government Street
Mobile, Alabama 36604
Phone: (251) 433-8100
Fax: (251) 433-8181

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

SAMANTHA QUINTERO, et al,

    Plaintiffs,

v.

MULBERRY NECKWEAR, LLC,
and MULBERRY THAI SILKS, INC.,

    Defendants.

Case No.: __08-cv-02294-MHP__

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    Pursuant to Civil L.R. 11-3, Mary E. Olsen, an active member in good standing of the bar of the States of Alabama and Florida, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing plaintiffs in the above-entitled action.

    In support of this application, I certify on oath that:

    1.    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

    2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

1

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Diego Acevedo
FARELLA BRAUN + MARTEL, LLP
Russ Building-30th Floor
235 Montgomery Street
San Francisco, CA 94101
Phone: (415) 954-4409

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 29th day of July, 2008

Mary E. Olsen
M. Vance McCrary
J. Cecil Gardner
THE GARDNER FIRM, P.C.
1119 Government Street
Mobile, Alabama 36604
Phone: (251) 433-8100
Fax: (251) 433-8181

Diego Acevedo
FARELLA BRAUN + MARTEL, LLP
Russ Building-30th Floor
235 Montgomery Street
San Francisco, CA 94101
Phone: (415) 954-4409

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAMANTHA QUINTERO, et al,

        Plaintiff(s),

v.

MULBERRY NECKWEAR, LLC, and
MULBERRY THAI SILKS, INC.,

        Defendant(s).

CASE NO. 08-02294-MHP

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Mary E. Olsen , an active member in good standing of the bar of the States of Alabama and Florida (particular court to which applicant is admitted) whose business address and telephone number is THE GARDNER FIRM, P.C.
1119 Government Street
Mobile, Alabama 36604
Phone: (251) 433-8100
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiffs Samantha Quintero, et al,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                                         United States Judge

# PROOF OF SERVICE

I, the undersigned, certify that I am a citizen of the United States of America, resident of the State of California, over the age of eighteen years and not a party to the within action. My business address is: Farella Braun + Martel LLP, 235 Montgomery Street, Suite 1700, San Francisco, California 94104.

I hereby certify that on this date I served the within document(s):

- **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (Mary E. Olsen)**

___ **PERSONAL DELIVERY:** by placing a true copy thereof, addressed as set forth below and enclosed in a sealed envelope for personal delivery by **Specialized Legal Services** to the addressee.

_X_ **MAIL:** by placing a true copy thereof, addressed as set forth below and enclosed in a sealed envelope with postage thereon fully prepaid and deposited for collection and mailing with the U.S. Postal Service pursuant to the ordinary business practice of this office.

___ **FEDERAL EXPRESS:** by placing a true copy thereof, addressed as set forth below and enclosed in a sealed envelope for delivery by overnight courier to the addressee.

___ **FACSIMILE TRANSMISSION:** a true and correct copy transmitted via facsimile to each addressee listed below.

HARVEY SISKIND LLP
Lawrence J. Siskind, Esq.
Matthew A. Stratton, Esq.
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111
Facsimile: (415) 391-7124
Attorney for Defendant

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed in San Francisco, California on **August 4, 2008**.

*Doris Williams* (signature)
Doris Williams

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

PROOF OF SERVICE

23242\1651164.1