FILED
AUG 0 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

SAMANTHA QUINTERO, et al.,

Plaintiff(s),

v.

MULBERRY NECKWEAR, LLC, and
MULBERRY THAI SILKS, INC.,

Defendant(s).

CASE NO. 08-cv-02294 MHP

(~~Proposed~~)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Stuart J. Miller, an active member in good standing of the bar of the State of New York whose business address and telephone number (particular court to which applicant is admitted) is

LANKENAU & MILLER, LLP
132 Nassau Street, Suite 423
New York, NY 10038; Phone: (212) 581-5003

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs Samantha Quintero, et al.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8/6/08

United States District Judge