UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAMANTHA QUINTERO, et al,

Plaintiff(s),

v.

MULBERRY NECKWEAR, LLC, and
MULBERRY THAI SILKS, INC.,

Defendant(s).

CASE NO. 08-02294-MHP

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

M. Vance McCrary, an active member in good standing of the bar of the State of Alabama (particular court to which applicant is admitted) whose business address and telephone number is THE GARDNER FIRM, P.C. 1119 Government Street Mobile, Alabama 36604 Phone: (251) 433-8100, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiffs Samantha Quintero, et al,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8/6/08

United States Judge