**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                                    General Court Number
Clerk                                                                                                              415.522.2000

August 7, 2008

RE: <u>SAMANTHA QUINTERO -v- MULBERRY NECKWEAR, LLC, et al.,</u>
<u>Case No. C-08-2294-MHP</u>

Default is entered as to Defendant Mulberry Thai Silks, Inc., d/b/a Mulberry Neck Wear, LLC on August 7, 2008.

RICHARD W. WIEKING, Clerk

by: <u>Thelma Nudo</u>
Deputy Clerk

NDC TR-4  Rev. 3/89