Douglas E. Dexter (State Bar No. 115868)
email: ddexter@fbm.com
Diego Acevedo (State Bar No. 244693)
email: dacevedo@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Stuart J. Miller (admitted *pro hac vice*)
email: SJM@lankmill.com
Lankenau & Miller, LLP
132 Nassau Street, Suite 423
New York, NY 10038
Telephone: (212) 581-5003

Mary E. Olson (admitted *pro hac vice*)
email: molsen@thegardnerfirm.com
M. Vance McCrary (admitted *pro hac vice*)
email: VMcCrary@thegardnerfirm.com
The Gardner Firm, P.C.
1119 Government Street
Mobile, AL 36604
Telephone: (251) 433-8100

Attorneys for Plaintiff
SAMANTHA QUINTERO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA QUINTERO on behalf of herself and on behalf of a Class Comprised of the Other Similarly Situated Former Employees of Defendants,<br><br>Plaintiff,<br><br>vs.<br><br>MULBERRY NECKWEAR, LLC and MULBERRY THAI SILKS, INC.,<br><br>Defendants. | Case No. 08-02294 MHP<br><br>**PLAINTIFF'S REQUEST AND [PROPOSED] ORDER TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE**<br><br>Case Management Conf.: August 11, 2008<br><br>Complaint Filed: May 2, 2008 |

Plaintiff Samantha Quintero respectfully requests, pursuant to Civil Local Rule 16-10(a), that Mary E. Olsen of The Gardner Firm, be permitted to participate by telephone in the Case Management Conference in this matter, which is currently scheduled to take place on Monday,

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

23242\1670940.1

PLAINTIFF'S REQUEST AND [PROPOSED] ORDER TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE

August 11, 2008, at 4:00 p.m.  Ms. Olsen is with The Gardner Firm, P.C. in Mobile, Alabama. Diego Acevedo of Farella Braun & Martel L.L.P., plaintiff's local counsel in San Francisco, will appear in person at the Case Management Conference.

Plaintiff is aware that the Court typically requires ten days notice for a request to appear telephonically.  However, Ms. Olsen's request to appear *pro hac vice* was granted on August 6, 2008, inside of the ten day notice period, and Plaintiff was therefore unable to abide by the Court's standing order regarding requests to appear telephonically.  Plaintiff believes that Ms. Olsen's participation by phone will benefit all concerned parties, as Ms. Olsen will act as lead co-counsel in prosecuting this case.  Plaintiff, therefore, respectfully requests that Ms. Olsen be permitted to participate telephonically in this case management conference in spite of this late filed request.

Dated:  August 7, 2008

FARELLA BRAUN & MARTEL LLP


By: /s/
    Diego F. Acevedo

Attorneys for Plaintiff
SAMANTHA QUINTERO

LANKENAU & MILLER, LLP
Stuart J. Miller (SJM 4276)
132 Nassau Street, Suite 423
New York, NY  10038
Telephone:  (212) 581-5005
Facsimile:  (212) 581-2122

THE GARDNER FIRM, P.C.
Mary E. Olsen (OLSEM4818)
M. Vance McCrary (MCCRM4402)
J. Cecil Gardner (GARDJ3461)
1119 Government Street
P.O. Drawer 3103
Mobile, AL  36652
Telephone:  (251) 433-8100
Facsimile:  (251) 433-8181

Cooperating Attorneys for the NLG Maurice and Jane Sugar Law Center for Economic and Social Justice

//

//

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA  94104
Telephone: (415) 954-4400

- 2 -   23242\1670940.1

PLAINTIFF'S REQUEST AND [PROPOSED] ORDER TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE

1 | Good cause appearing therefor,

2 |     IT IS ORDERED that Mary E. Olsen may appear by telephone at the Case Management

3 | Conference scheduled for August 11, 2008 at 4:00 p.m.

5 | Dated: _____, 2008

                                          _____
                                          Hon. Marilyn Hall Patel

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

- 3 -    23242\1670940.1

PLAINTIFF'S REQUEST AND [PROPOSED] ORDER TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE