**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: August 11, 2008

Case No.   C 08-2294  MHP          Judge: MARILYN H. PATEL

Title: SAMANTHA QUINTERO et al -v- MULBERRY NECKWEAR LLC et al

Attorneys:  Plf: Diego Acevedo
            Dft: no appearance

Deputy Clerk:  Anthony Bowser    Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

No appearance by defendant; Default previously entered by court; Briefing schedules as follows:

   Class Certification to be filed by 9/4/2008,  to be noticed for 9/22/2008 at 2:00 pm