```
HARVEY SISKIND LLP
LAWRENCE J. SISKIND (SBN 85628)
MATTHEW A. STRATTON (SBN 254080)
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124
siskind@harveysiskind.com
mstratton@harveysiskind.com

Attorneys for Defendant, appearing specially,
MULBERRY THAI SILKS, INC.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMANTHA QUINTERO on behalf of herself and on behalf of a Class Comprised of the Other Similarly Situated Former Employees of Defendants,<br><br>Plaintiff,<br><br>v.<br><br>MULBERRY THAI SILKS, INC., d/b/a MULBERRY NECKWEAR, LLC,<br><br>Defendant. | Case No. CV 08-2294 MHP<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Defendant Mulberry Thai Silks, Inc. d/b/a Mulberry Neckwear ("Mulberry") consents to the withdrawal of its counsel Harvey Siskind LLP, which specially appeared in the above-captioned action merely for the purpose of obtaining a stipulated extension of time to respond to the complaint. Harvey Siskind LLP hereby requests permission from the Court to withdraw from its limited representation of Mulberry in this matter. Both Harvey Siskind LLP and Mulberry acknowledge that the Court may require Harvey Siskind LLP to receive and forward papers from the Court to Mulberry.

1  Dated: August 8, 2008

Respectfully submitted,

HARVEY SISKIND LLP

By: _____/s/_____
      Matthew A. Stratton

Attorneys for Defendant, appearing specially,
MULBERRY THAI SILKS, INC.


MULBERRY THAI SILKS, INC.

By: _____
      Henry Jacobson
      Chief Executive Officer

HARVEY SISKIND LLP
LAWRENCE J. SISKIND (SBN 85628)
MATTHEW A. STRATTON (SBN 254080)
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124
siskind@harveysiskind.com
mstratton@harveysiskind.com

Attorneys for Defendant, appearing specially,
MULBERRY THAI SILKS, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMANTHA QUINTERO on behalf of herself and on behalf of a Class Comprised of the Other Similarly Situated Former Employees of Defendants,<br><br>Plaintiff,<br><br>v.<br><br>MULBERRY THAI SILKS, INC., d/b/a MULBERRY NECKWEAR, LLC,<br><br>Defendant. | Case No. CV 08-2294 MHP<br><br>**[PROPOSED] ORDER PERMITTING WITHDRAWAL OF COUNSEL** |

   Defendant Mulberry Thai Silks, Inc. d/b/a Mulberry Neckwear consents to the withdrawal of its counsel Harvey Siskind LLP that specially appeared in the above-captioned action.

   Having considered the Notice of Withdrawal of Counsel, and finding good cause therefore, IT IS HEREBY ORDERED that the law firm Harvey Siskind LLP may withdraw as counsel for Defendant.

-2-

Dated: _____, 2008           _____

                                                                                           Honorable Marilyn Hall Patel
                                                                                           United States District Court

-2-

[PROPOSED] ORDER PERMITTING                                                                   Case No. CV 08-2294 MHP
WITHDRAWAL OF COUNSEL