1  Douglas E. Dexter (State Bar No. 115868)
   email:  ddexter@fbm.com
2  Diego Acevedo (State Bar No. 244693)
   email:  dacevedo@fbm.com
3  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA  94104
   Telephone:  (415) 954-4400
5  Facsimile:  (415) 954-4480

6  LANKENAU & MILLER, LLP
   Stuart J. Miller (SJM 4276) (*pro hac vice*)
7  132 Nassau Street, Suite 423
   New York, New York 10038
8  Telephone: (212) 581-5005
   Facsimile: (212) 581-2122
9
   THE GARDNER FIRM
10 Mary E. Olsen (OLSEM4818)  (*pro hac vice*)
   M. Vance McCrary (MCCRM4402)  (*pro hac vice*)
11 J. Cecil Gardner (GARDJ3461)
   1119 Government Street
12 Post Office Drawer 3103
   Mobile, AL  36652
13 Telephone: (251) 433-8100
   Fax: (251) 433-8181
14
   Cooperating Attorneys for the NLG Maurice and Jane
15 Sugar Law Center for Economic and Social Justice

16 Attorneys for Plaintiff
   SAMANTHA QUINTERO
17

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20                          SAN FRANCISCO DIVISION

21

| | |
|---|---|
| 22  SAMANTHA QUINTERO on behalf of herself and on behalf of a Class Comprised of the Other Similarly Situated Former Employees of Defendants,<br><br>Plaintiffs,<br><br>vs.<br><br>MULBERRY THAI SILKS, INC., d/b/a MULBERRY NECKWEAR, LLC,<br><br>Defendant. | Case No. 08-02294 MHP<br><br>**PLAINTIFF SAMANTHA QUINTERO'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION AND OTHER RELIEF**<br><br>Date:     September 22, 2008<br>Time:    2:00 pm<br>Dept.:    15<br>Judge:   Hon. Marilyn H. Patel |

TO EACH PARTY AND ITS ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on September 22, 2008 at 2:00 p.m., Plaintiff Samantha Quintero, will and hereby does move the Court for an Order providing for the following:

(a) Certifying that this action is maintainable as a class action under Federal Rule of Civil Procedure 23(a) and 23(b)(3);

(b) certifying the class of persons described in plaintiffs' memorandum of points and authorities in support of Plaintiff's motion for class certification filed concurrently herewith;

(c) appointing Samantha Quintero as the class representatives of the plaintiff class;

(d) appointing Farella, Braun + Martel LLP, The Gardner Firm, P.C. and Lankenau & Miller, LLP as Class Counsel;

(e) approving the form and manner of notice to the class of this class action as set forth in the proposed notice to class members filed concurrently herewith,

(f) and granting such other and further relief as this Court may deem proper.

Pursuant to Fed. R. Civ. P. 23(a) this motion will be made upon the grounds that: (1) the proposed class is so numerous that joinder of all members individually is impracticable; (2) there are questions of fact or law common to the class; (3) the claims and defenses of the class representatives are typical of the class; and (4) the class representatives will fairly and adequately protect the interests of the class. *See Hanon v. Dataproducts Corp.*, 976 F.2d 497, 508 (9th Cir. 1992). Plaintiffs' also bring this motion on the grounds that the class is maintainable under Federal Rule of Civil Procedure 23(b)(3).

This motion is based on this Notice of Motion and Motion For Class Certification; the Memorandum of Points and Authorities filed concurrently herewith; the Declarations of Stewart Miller and Samantha Quintero in support of Plaintiff's motion for class certification filed concurrently herewith; the pleadings and papers on file herewith, and upon such other matters as

1  may be presented to the Court at the time of the hearing.

4  Dated: September 4, 2008                    FARELLA BRAUN + MARTEL LLP

6                                              By:      /s/ Diego F. Acevedo
                                                        Diego F. Acevedo

   Attorneys for Plaintiff
   SAMANTHA QUINTERO

   LANKENAU & MILLER, LLP
   Stuart J. Miller (SJM 4276)
   132 Nassau Street, Suite 423
   New York, NY 10038
   Telephone: (212) 581-5005
   Facsimile: (212) 581-2122

   THE GARDNER FIRM, P.C.
   Mary E. Olsen (OLSEM4818)
   M. Vance McCrary (MCCRM4402)
   J. Cecil Gardner (GARDJ3461)
   1119 Government Street
   P.O. Drawer 3103
   Mobile, AL 36652
   Telephone: (251) 433-8100
   Facsimile: (251) 433-8181

   Cooperating Attorneys for the NLG Maurice and Jane Sugar Law Center for Economic and Social Justice

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMANTHA QUINTERO on behalf of herself and on behalf of a Class Comprised of the Other Similarly Situated Former Employees of Defendants,<br><br>Plaintiff,<br><br>vs.<br><br>MULBERRY THAI SILKS, INC., d/b/a MULBERRY NECKWEAR, LLC,<br><br>Defendant. | Case No. 08-02294 MHP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND OTHER RELIEF** |

### [PROPOSED] O R D E R

Now before the Court is Plaintiff Samantha Quintero's Motion for Class Certification and Other Relief. Upon consideration of the Plaintiff's Motion for Class Certification, the request for the appointment of Class Counsel and Class Representative, and the approval of the form and manner of Class Notice, the accompanying documents, including the proposed Notice submitted by counsel, and the argument of counsel; the Court hereby orders as followed:

1

IT IS HEREBY ORDERED that a Class is certified comprised of all persons who worked at or reported to Defendant's facility located at 880 Harbour Way South, Richmond, CA 94804 (the "Facility") and were terminated without cause on or about April 18, 2008, were terminated without cause within 30 days of April 18, 2008, or were terminated without cause as the reasonably foreseeable consequence of the mass layoff or plant closing ordered by Defendant on or about April 18, 2008, and who are affected employees, within the meaning of 29 U.S.C. § 2101(a)(5) who do not file a timely request to opt-out of the class (the "Class"); and it is

IT IS FURTHER ORDERED that the term "Facility," as used in the Class definition, shall mean Defendant's place of business, located at 880 Harbour Way South, Richmond, CA 94804 (the "Facility") where there was a loss of employment for at least 50 employees and at least 33% of the employees of each of the Defendant's places of business, excluding "part-time employees," as that term is defined by 29 U.S.C. §2101(a)(8); and it is

FURTHER ORDERED that the Class described above meets the requirements of Fed.R.Civ.P. 23(a) and 23(b)(3); and it is

FURTHER ORDERED that Farella, Braun & Martel, LLP, The Gardner Firm, P.C., and Lankenau & Miller, LLP are appointed class counsel (collectively "Class Counsel"); and it is

FURTHER ORDERED that Plaintiff Samantha Quintero is hereby appointed class representative; and it is

FURTHER ORDERED that the proposed form of Notice to the Class, attached to this Order, is approved; and it is

FURTHER ORDERED that within five (5) business days after entry of this Order, Defendant shall provide Class Counsel with an electronic spreadsheet containing the names and last known addresses of the former employees encompassed by the Class as defined above; and it is

1    FURTHER ORDERED that within twenty (25) days after entry of this Order, Class Counsel
2  shall mail Notice of the Class Action by mailing that notice, First Class postage prepaid, to each
3  employee of Defendant to the last known address of that former employee as noted in the records of
4  the Defendant in an envelope bearing the return address of The Gardner Firm, P.C.; Lawyers; 1119
5  Government Street; Post Office Drawer 3103; Mobile, AL 36652; and it is
6
7    FURTHER ORDERED that within ten (10) days after such mailing, Class Counsel shall
8  serve and file a sworn statement affirming compliance with this Order concerning the mailing of the
9  Notice including a list of all former employees to whom the Notice was mailed; and it is
10
11    FURTHER ORDERED that Class members shall have thirty-five (35) days from the date of
12  mailing of the Notice to return the opt-out form, if they choose to exclude themselves from the
13  Class; and it is
14    FURTHER ORDERED that within ten (10) days after the last date on which a Class member
15  may timely opt-out, Class Counsel shall serve and file a sworn statement listing the names of any
16  persons who have timely opted out of the Class; and it is
17
18    FURTHER ORDERED that Notice in compliance with this order is hereby found to be the
19  best notice practicable under the circumstances and constitutes due and sufficient notice to all class
20  members in full compliance with the notice requirements of Fed.R.Civ.P. 23.
21
    IT IS SO ORDERED.
22
23  Dated:_____, 2008
24                    **BY THE COURT:**
25
26                    _____
27                    HON. MARILYN H. PATEL
                      United States District Court Judge
28

3

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR                                    23242\1711860.1
CLASS CERTIF. & OTHER RELIEF
Case No. 08-2294 MHP