1  Douglas E. Dexter (State Bar No. 115868)
   email: ddexter@fbm.com
2  Diego Acevedo (State Bar No. 244693)
   email: dacevedo@fbm.com
3  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA 94104
   Telephone: (415) 954-4400
5  Facsimile: (415) 954-4480

6  LANKENAU & MILLER, LLP
   Stuart J. Miller (SJM 4276)
7  132 Nassau Street, Suite 423
   New York, New York 10038
8  Telephone: (212) 581-5005
9  Facsimile: (212) 581-2122

10 THE GARDNER FIRM
   Mary E. Olsen (OLSEM4818)
11 M. Vance McCrary (MCCRM4402)
12 J. Cecil Gardner (GARDJ3461)
   1119 Government Street
13 Post Office Drawer 3103
   Mobile, AL 36652
14 Telephone: (251) 433-8100
   Fax: (251) 433-8181
15

16 Cooperating Attorneys for the NLG Maurice and
   Jane Sugar Law Center for Economic and Social
17 Justice

18 **Attorneys for Plaintiff**
   SAMANTHA QUINTERO
19                                UNITED STATES DISTRICT COURT
20                               NORTHERN DISTRICT OF CALIFORNIA
21
22
23 SAMANTHA QUINTERO on behalf of            Case No. 08-02294 MHP
   herself and on behalf of a Class Comprised
   of the Other Similarly Situated Former      **PLAINTIFF SAMANTHA QUINTERO'S**
24 Employees of Defendants,                    **DECLARATION IN SUPPORT OF MOTION**
                                               **FOR CLASS CERTIFICATION AND OTHER**
25              Plaintiff,                     **RELIEF**
26       vs.
27 MULBERRY THAI SILKS, INC., d/b/a
   MULBERRY NECKWEAR, LLC,
28

1

Defendant.

## DECLARATION IN SUPPORT OF
## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND OTHER RELIEF

I, Samantha Quintero, declare as follows under penalty of perjury:

1. I am a former employee of the Defendant and am the named Plaintiff in the above captioned class action suit for damages against Defendant to recover 60 days' pay and benefits under the federal Worker Adjustment and Retraining Notification Act, 29 U.S.C. § 2101 et seq. and its California state law counterpart (collectively the "WARN Act"). I submit this declaration in support of Plaintiff's Motion for Class Certification in the above action.

2. I currently reside at 329 South 16th Street, Richmond, CA 94804.

3. From on or about October 24, 2004 to April 24, 2008, I was employed by the Defendant as an Order Processing Supervisor. At the time of my termination, I was an employee earning an hourly salary, with an average of $3,200.00 per month. I worked an average of 40 hours per week. Among the fringe benefits I received from Defendant as an employee were vacation, paid time off, and medical, dental and vision coverage.

4. My last day of work was on April 24, 2008.

5. At no time before my termination did I receive at least 60 days' prior written notice as required by the WARN Act, nor, to the best of my knowledge, did any of the other former employees of the Defendant at the facility located at 880 Harbour Way South, Richmond, CA 94804, who were terminated on or about the same date as me. I believe that my WARN rights, as well as the WARN rights of the other employees of Defendant laid off at approximately the same time as me at Defendant's facility located at 880 Harbour Way South, Richmond, CA 94804, were violated.

6. At the time I was terminated, about 60 other employees of Defendant who worked at 880 Harbour Way South, Richmond, CA 94804, were also terminated. I believe that the WARN Act rights of all of my former co-workers (totaling approximately 60 for the period in question) were also violated in that none of us received at least 60 days' prior written notice of the shutdown and resulting terminations as required by the WARN Act.

7. I have not received nor, to the best of my knowledge, have any of the other former employees of Defendant received any payments under the WARN Act.

8. Following my termination, I retained Lankenau & Miller and the Sugar Law Center for Economic and Social Justice together with their cooperating counsel, The Gardner Firm, as my counsel to assert a WARN claim on my behalf as well as a class claim on behalf of the other employees of Defendant who were laid off as part of, or as the foreseeable result of the mass layoffs or plant closings that Defendant ordered and carried out on or about April 18, 2008.

9. Because the circumstances of my termination are the same as those of the other former employees of Defendant laid off on or about April 18, 2008, the factual and legal issues bearing on my WARN claim and the WARN claims of the other class members (except for damages) are the same.

10. I am eager and willing to prosecute this action on behalf of the other former employees of Defendants who were laid off on or about April 18, 2008. I have actively assisted and will continue to actively assist my counsel in the prosecution of this action.

11. I have no conflict of interest with other class members.

12. My claim against the Defendant under the WARN Act for 60 days' wages equals $6,400, not including benefits. The small size of my claim, my financial situation and the costs of attorneys' fees left me unable to pursue this claim as a sole litigant. I believe that the other former employees of Defendant who were laid off on or about April 18, 2008, are similarly situated and unable to pursue their rights under the WARN Act except through a class action. To my knowledge

3

there is no other litigation pending which involves the WARN rights of the former employees of Defendant, nor is there any interest by members of the proposed class in individually controlling the prosecution of separate WARN actions.

13. The firms of Lankenau & Miller and The Gardner Firm have been vigorously prosecuting this action. I believe they are well-qualified to serve as class counsel.

14. In view of the foregoing, I request that Plaintiff's Motion for Class Certification and Appointment of Class Counsel be granted.

15. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on August 29, 2008

In the State of California, County of CONTRA COSTA

*Samantha D. Quintero*
Plaintiff Samantha Quintero

4